UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT J. RAMSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:22-cv-02395-TWP-MG |
| | ) |
| INDIANA UNIVERSITY BOARD | ) |
| OF TRUSTEES, et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S STATEMENT OF CLAIMS**

Plaintiff, Robert J. Ramsey, by counsel, and in accordance with the Case Management Plan previously approved by the Court, hereby provides a statement of claims he intends to pursue at trial:

1. Plaintiff brings this action against Defendant, Indiana University Board of Trustee, under 42 U.S.C. § 1983, alleging age discrimination. Plaintiff alleges the Defendant, Board of Trustees, in its official capacity, took adverse action against him because of his age in violation of the Equal Protection Clause of the Fourteenth Amendment.

2. Plaintiff brings this action against Defendant, Indiana University Board of Trustees, under 42 U.S.C. § 1983 for age retaliation. Plaintiff alleges the Defendant, Board of Trustees, in its official capacity, took adverse action against Ramsey in retaliation for engaging in statutorily protected conduct, all which is in violation of the Fourteenth Amendment.

3. Plaintiff brings this action against Defendant, Daren Snider, in his personal capacity, under 42 U.S.C. § 1983, alleging age discrimination. Age discrimination in employment violates the Equal Protection Clause of the Fourteenth Amendment. This right is clearly established. *Levin v. Madigan*, 692 F.3d 607 (7thCir. 2012).

1

4. Plaintiff brings this action against Defendant, Daren Snider, in his personal capacity, under 42 U.S.C. § 1983, alleging retaliation (age).  Age discrimination and retaliation in employment violates the Equal Protection Clause of the Fourteenth Amendment. This right is clearly established. *Levin v. Madigan*, 692 F.3d 607 (7thCir. 2012). Plaintiff alleges that Snider, in his personal capacity and under color of law, took adverse action against Ramsey in retaliation for Ramsey engaging in statutorily protected conduct, all of which is in violation of the Fourteenth Amendment.

5. Plaintiff brings this action against Defendant, Scott Lee, in his personal capacity, under  42 U.S.C. § 1983, alleging age discrimination.  Age discrimination in employment violates the Equal Protection Clause of the Fourteenth Amendment. This right is clearly established. *Levin v. Madigan*, 692 F.3d 607 (7thCir. 2012).

6.  Plaintiff brings this action against Defendant, Scott Lee, in his personal capacity, under  42 U.S.C. § 1983, alleging retaliation (age).  Age discrimination and retaliation in employment violates the Equal Protection Clause of the Fourteenth Amendment. This right is clearly established. *Levin v. Madigan*, 692 F.3d 607 (7thCir. 2012). Plaintiff alleges that Lee, in his personal capacity and under color of law, took adverse action against Ramsey in retaliation for Ramsey engaging in statutorily protected conduct, all of which is in violation of the Fourteenth Amendment.

7. Plaintiff brings this action against the Defendant, Indiana University Board of Trustees, for Breach of Contract. Plaintiff alleges that the Board of Trustees, by and through its representatives/agents, breached the terms and conditions of a 2017 EEOC settlement agreement between the parties.

Respectfully submitted,

*/s/Chad M. Buell*
Chad M. Buell, Attorney No. 20044-49
Attorney for Plaintiff

JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana  46204
Telephone:	(317)955-9500
Facsimile:	(317)955-2570
Email:	jhaskin@jhaskinlaw.com
	cbuell@jhaskinlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was filed on this 20th  day of November, 2023, via the Court's electronic filing system. Notice of this filing will be provided to the following counsel of record:

Melissa A. Macchia, Atty. No 29920-49
Vivek R. Hadley, Atty. No. 32620-53
Taft Stettinius & Hollister LLP
One Indiana Square, Ste. 3500
Indianapolis, IN 46204
mmacchia@taftlaw.com
vhadley@taftlaw.com


							Respectfully submitted,

							*/s/Chad M. Buell*
							Chad M. Buell, Attorney No. 20044-49
							Attorney for Plaintiff