UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT J. RAMSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:22-cv-02395-TWP-MG |
| | ) |
| INDIANA UNIVERSITY BOARD OF TRUSTEES, | ) |
| DAREN SNIDER in his individual capacity, | ) |
| SCOTT LEE in his individual capacity, | ) |
| | ) |
| Defendants. | ) |

MINUTE ENTRY FOR FEBRUARY 16, 2024
SETTLEMENT CONFERENCE
HON. MARIO GARCIA, MAGISTRATE JUDGE

The parties appeared in person and by counsel for a settlement conference. Plaintiff appeared by Zoom with counsel in person. Defendants' appeared by counsel via telephone. Conference adjourned without a resolution. Parties are reminded of their obligations to promptly complete any remaining discovery and prepare for the dispositive motion deadline. The parties are free to continue their own negotiations or contact the magistrate judge ex parte in the event further discussions are warranted.

This matter is scheduled for a telephonic status conference on **Thursday, March 14, 2024 at 11:30 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by

So ORDERED.

Date: 2/20/2024

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record